UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 28, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONWAY JOSEPH PHILLIPS, JR.,<br><br>Defendant. | Case No.  2:17-cr-00023-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  CONWAY JOSEPH PHILLIPS, JR., Case No.  2:17-cr-00023-TLN  Charge 21 U.S.C § 846, from custody for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $   50,000.00

      __X__   Unsecured Appearance Bond $   50,000.00

      _____   Appearance Bond with 10% Deposit

      _____   Appearance Bond with Surety

      _____   Corporate Surety Bail Bond

      _____   (Other):

Issued at Sacramento, California on July 28, 2021 at 3:26 p.m.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE